UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
MOSHE MASRI, on behalf of himself and all : Case No.: 1:20-cv-02795-ENV-JO
others similarly situated, :
:
: 
        Plaintiffs, :
   vs. :
: **STIPULATION OF DISMISSAL AND**
: **[PROPOSED] ORDER**
NORTHSTAR LOCATION SERVICES, LLC, :
:
        Defendant. :
:
:
--------------------------------------------------------------- x

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Northstar Location Services, LLC shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.


DATED:  October 19, 2020      **COHEN & MIZRAHI LLP**


                                         /s/ *Joseph H. Mizrahi*
                                       JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JONATHAN B. WEISS
300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
Telephone:  929/575-4175
929/575-4195 (fax)
joseph@cml.legal
jonathan@cml.legal


*Attorneys for Plaintiff Moshe Masri*


1

DATED: October 19, 2020  **BARCLAY DAMON LLP**

/s/ *Paul A. Sanders, with consent*
PAUL A. SANDERS

PAUL A. SANDERS
100 Chestnut Street, Ste 2000
Rochester, NY 14604
Telephone: 585/295-4426
psanders@barclaydamon.com

*Attorneys for Defendant Northstar Location Services, LLC*

SO ORDERED:

_____
JUDGE, U.S. District Court
Eastern District of New York